UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BROCK BANKS,

              Plaintiff,

       v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

              Defendant.

CASE NO. C10-5068RJB

ORDER ADOPTING REPORT AND RECOMMENDATION

    The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Judge J. Richard Creatura, United States Magistrate Judge, and objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

    (1)    The Court **ADOPTS** the Report and Recommendation (Dkt. 18);

    (2)    The administrative decision is **AFFIRMED**; and

    (3)    The Clerk is directed to send copies of this Order to counsel of record.

DATED this 18th day of October, 2010.

*(signature)*

ROBERT J. BRYAN
United States District Judge

ORDER - 1